JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JOHNSON JR., | Case No. CV 13-7296-RGK (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 24, 2014

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE